AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**EASTERN DIVISION**

| | |
|---|---|
| WILLIAM MATTHEW TILGHMAN,<br>   Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>   Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 4:11-CV-165-D** |

Decision by the Court:

  **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 24], DENIES Defendant's Motion for Judgment on the Pleadings [D.E. 28], and REMANDS the case pursuant to sentence four of 42 U.S.C. § 405(g) for proper consideration of Dr. McKnight's opinion.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 19, 2013,** WITH A COPY TO:

Charlotte Williams Hall  (via CM/ECF electronic notification)
Todd J. Lewellen (via CM/ECF electronic notification)

|  |  |
|---|---|
| | JULIE A. RICHARDS, Clerk |
| <u>March 19, 2013</u><br>Date | Eastern District of North Carolina |
| | <u>/s/Debby Sawyer   </u><br>(By) Deputy Clerk |
| Raleigh, North Carolina | |