UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM MATTHEW TILGHMAN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 4:11-CV-165-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security pay to Plaintiff's counsel, the sum of $5,929.50 from Plaintiff's back benefits and upon the payment of such sum this case is dismissed with prejudice.

**This Judgment Filed and Entered on May 19, 2015, and Copies To:**

Charlotte Williams Hall               (via CM/ECF Notice of Electronic Filing)

Todd J. Lewellen                         (via CM/ECF Notice of Electronic Filing)

DATE:                                            JULIE RICHARDS JOHNSTON, CLERK

May 19, 2015                                 (By) /s/ Courtney O'Brien
                                                        Deputy Clerk